UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -

JOHN WILEY & SONS, INC.,                    :

                Plaintiff,    :

    -against-                              :    08 Civ.

BLUELINKS GROUP INC., BO WANG,              :
HANK CAO, GUOPING WANG, KIL KANG
AND HUA ZENG ALL D/B/A BEST                 :
COLLEGE BOOK D/B/A COLLEGE BOOK
D/B/A BLUELINKSGROUPINC AND                 :
JOHN DOES NOS. 1-5,
                                   :
                Defendants.
                                   :
- - - - - - - - - - - - - - - - - -x

08 CV 7081



RULE 7.1 STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for John Wiley & Sons, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 8/8/08

SIGNATURE OF ATTORNEY